**SEALED**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

JUL 0 1 2015

DAVID J MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 9:15CR 11 |
| v. § | Judge Schneider/Giblin |
| § | |
| ISMAEL ENRIQUEZ, a/k/a "Lito" § | |
| a/k/a "Coyote" (1); § | |
| RUBEN ENRIQUEZ, a/k/a "300" (2); § | |
| AGUSTIN ENRIQUEZ, a/k/a "Augie", § | |
| a/k/a "Compadre" (3); § | |
| ALONSO ENRIQUEZ, a/k/a § | |
| "Lonestar" (4); § | |
| GERARDO ELIAS, a/k/a "Jerry" (5); § | |
| JOSE MANUEL PANTOJA, a/k/a "Valen" § | |
| a/k/a "Roach" (6); § | |
| JORGE ENRIQUEZ (7) § | |
| CARLOS A. RANGEL (8) § | |
| JUAN ZAPATA-RODRIGUEZ (9) § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute a Controlled Substance
(Methamphetamine)).

From on or about sometime in 2013, the exact date being unknown to the Grand Jury, and continuing thereafter until July 2015, in the Eastern District of Texas and elsewhere, **Ismael ENRIQUEZ**, a/k/a "Lito" a/k/a "Coyote"; **Ruben ENRIQUEZ**, a/k/a "300"; **Agustin ENRIQUEZ**, a/k/a "Augie", a/k/a "Compadre"; **Alonso ENRIQUEZ**, a/k/a "Lonestar"; **Gerardo ELIAS**, a/k/a "Jerry"; **Jose Manuel PANTOJA**, a/k/a

Indictment – Page 1

"Valen", a/k/a "Roach"; **Jorge ENRIQUEZ; Carlos A. RANGEL and Juan ZAPATA-RODRIGUEZ**, defendants, knowingly and intentionally conspired and agreed with each other, and with persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute 50 grams or more of a Schedule II controlled substance, namely: methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

### Count Two

> Violation: 18 U.S.C. § 924(c)(1)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about December 5, 2014, **Agustin ENRIQUEZ**, a/k/a "Augie", a/k/a "Compadre", defendant, did knowingly possess a firearm, to wit: one (1) Kimber 45 caliber pistol bearing serial number K025886, in Nacogdoches County, Texas in the Eastern District of Texas, during and in furtherance of a drug trafficking crime occurring in the Eastern District of Texas and elsewhere, as alleged in Count One of this indictment, for which he may be prosecuted in a court of the United States, namely, for a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Distribute a Controlled Substance and 21 U.S.C. § 841(a)(1), Possession with Intent to Deliver a Controlled Substance.

All in violation of 18 U.S.C. §§ 924(c)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 21 U.S.C. §§ 853 and 881

Upon conviction of the controlled substance offense alleged in Count One of this indictment **Ismael ENRIQUEZ,** a/k/a "Lito" a/k/a "Coyote"; **Ruben ENRIQUEZ,** a/k/a "300"; **Agustin ENRIQUEZ,** a/k/a "Augie", a/k/a "Compadre"; **Alonso ENRIQUEZ,** a/k/a "Lonestar"; **Gerardo ELIAS,** a/k/a "Jerry"; **Jose Manuel PANTOJA,** a/k/a "Valen", a/k/a "Roach"; **Jorge ENRIQUEZ; Carlos A. RANGEL and Juan ZAPATA-RODRIGUEZ,** defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

### Real Property

a. 725 Pinewood Street, Diboll, Texas 75941, currently owned by Ruben ENRIQUEZ and Rosa Maria ENRIQUEZ;

b. 604 Carter Drive, Diboll, Texas 75941, currently owned by Agustin ENRIQUEZ and Ermelinda ENRIQUEZ;

c. 4017 FM 842, Lufkin, Texas 75901, currently owned by Ruben ENRIQUEZ and Julissa RODRIGUEZ-SALDIVAR

### Vehicles

a. 2014 Chevrolet truck, brown in color, registered to Ruben ENRIQUEZ;

b. 2004 Ford extended cab truck, red in color, registered to Griselda ENRIQUEZ;

   c. 2004 Chevrolet Tahoe, grey in color, registered to Agustin ENRIQUEZ;

   d. 1999 Chevrolet truck, red in color, registered to Ruben ENRIQUEZ;

   e. 2012 Dodge Charger, silver in color, registered to Jose Manuel PANTOJA;

   f. 2009 Cadillac Escalade truck, black in color, registered to Julissa RODRIQUEZ;

   g. 2005 Hummer, tan in color, registered Ruben ENRIQUEZ;

   h. 2006 Hummer, black in color, registered to Julissa RODRIGUEZ;

   i. 2007 GMC Yukon, gold in color, registered to Angeles MERCADO;

   j. 2008 Cadillac Escalade, black in color, registered to Julissa RODRIGUEZ;

   k. 2008 Chevrolet truck, white in color, registered to Ismael ENRIQUEZ;

   l. 2009 Chevrolet truck, grey in color, registered to Jose Manuel PANTOJA;

## Firearms

   a. One (1) Ruger 9 millimeter pistol bearing serial number 318-81341, possessed by Jose Manuel PANTOJA

## Money Judgment

A sum of money equal to one million three hundred eighty thousand dollars ($1,380,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, conspiracy to distribute and to possess with the intent to distribute a Schedule II controlled substance, namely, methamphetamine (actual), for which the defendants are jointly and severally liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

   (a)   cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty.

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offense charged in this indictment by the defendants any and all interest the defendants have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and/or 881.

### Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As the result of committing the felony offenses alleged in Counts Two of this indictment, **Agustin ENRIQUEZ**, a/k/a "Augie", a/k/a "Compadre", defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following, to-wit:

b.   One (1) Kimber 45 caliber pistol bearing serial number K025886.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____          _7/1/2015_____
LAUREN GASTON                         Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § No. 9:15CR 11 |
| v. | § Judge _____ |
| | § |
| ISMAEL ENRIQUEZ, a/k/a "Lito" | § |
| a/k/a "Coyote" (1); | § |
| RUBEN ENRIQUEZ, a/k/a "300" (2); | § |
| AGUSTIN ENRIQUEZ, a/k/a "Augie", | § |
| a/k/a "Compadre" (3); | § |
| ALONSO ENRIQUEZ, a/k/a | § |
| "Lonestar" (4); | § |
| GERARDO ELIAS, a/k/a "Jerry" (5); | § |
| JOSE MANUEL PANTOJA, a/k/a "Valen" | § |
| a/k/a "Roach" (6); | § |
| JORGE ENRIQUEZ (7) | § |
| CARLOS A. RANGEL (8) | § |
| JUAN ZAPATA-RODRIGUEZ (9) | § |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. §§ 841(b) and 846

Penalty:   (Methamphetamine)
If 50 grams or more of methamphetamine (actual) its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine - imprisonment of not less than 10 years, but not more than life, a fine not to exceed $10 million (or twice any pecuniary gain to the defendant or loss to any victim), or both - supervised release of at least 5 years, but not more than life;

If 50 grams or more, but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine - imprisonment of not less than 5 years, but not more than 40 years, a fine not to exceed $5 million (or twice any pecuniary gain to the defendant or loss to any victim), or both, and supervised release of at least 4 years, but not more than life;

**Notice of Penalty – Page 1**

> If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine - not more than 20 years imprisonment, a fine not to exceed $1 million (or twice any pecuniary gain to the defendant or loss to any victim), or both, and supervised release of at least 3 years, but not more than life.

Special Assessment: $ 100.00

## Counts Two

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment of not less than 5 years, unless the firearm is brandished, in which case the minimum is 7 years, or unless the firearm is discharged, in which case the minimum sentence is 10 years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of not more than five (5) years.

In the case of a second or subsequent conviction, imprisonment of not less than 25 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both; and supervised release of not more than five (5) years.

Special Assessment: $ 100.00